IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH SEALS,       ) | |
|     Plaintiff,       ) | |
|             ) | |
| v.       ) | |
|             ) | CIVIL ACTION NO. 11-00001-KD-N |
| RETIREMENT PLAN OF INTERNATIONAL ) | |
| PAPER, *et al.*,       ) | |
|     Defendants.       ) | |

**JUDGMENT**

In conjunction with the Order issued on this date, granting Defendants' Motion for Summary Judgment (Doc. 16) and denying Plaintiff's Motion for Summary Judgment (Doc. 20), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is hereby entered in favor of Defendants Retirement Plan of International Paper, International Paper and Sedgwick CMS, and against Plaintiff Joseph Seals.

**DONE** and **ORDERED** this the **23rd** day of **January 2012.**

                /s/ Kristi K. DuBose
                **KRISTI K. DuBOSE**
                **UNITED STATES DISTRICT JUDGE**